**Order entered February 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01172-CV

### SATFRAZ TAJ AND ZUBEDA TAJ, Appellants

### V.

### HIGHLANDER COMMUNITY SERVICES AND INVESTMENT, LLC, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02669-2018**

## ORDER
Before Justices Bridges, Osborne, and Reichek

Before the Court are appellants' February 3, 2020 (1) motion for emergency stay of foreclosure sale set for February 4, 2020 and (2) motion for emergency temporary injunction. Appellants' motions are **DENIED**.


/s/     LESLIE OSBORNE
            JUSTICE